Opinion by HEAD, J.

---

# Ohlander v. The State.

APPEAL from Mobile City Court.

Tried before the Hon. O. J. SEMMES.

CHAS. L. BROMBERG, JR., for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for the offense of perjury. Affirmed.

Opinion by HARALSON, J.